514 A.2d 1371

**COMMONWEALTH of Pennsylvania**

v.

**Mary S. FRANK, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1986.

Decided Oct. 1, 1986.

Paul D. Boas, Berlin Boas & Isaacson, Pittsburgh, for appellant.

Samuel J. Orr, IV, Dist. Atty., Charles S. Hersh, Asst. Dist. Atty., Mercer, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.